UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DEEP GREEN WIRELESS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OOMA, INC.,<br><br>　　　　Defendant. | No. 2:16-cv-604-JRG-RSP<br>LEAD CASE |
| DEEP GREEN WIRELESS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIDEN CORPORATION AND<br>UNIDEN AMERICA CORPORATION,<br><br>　　　　Defendants. | No. 2:16-cv-606-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement. The Court being of the opinion that same should be GRANTED, it is therefore

ORDERED that the Joint Motion to Stay All Deadlines be and is hereby GRANTED, and that all unreached case deadlines applicable between Plaintiff Deep Green Wireless LLC and Defendant Uniden America Corporation are stayed for thirty (30) days.

SIGNED this 24th day of January, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE